UNITED STATES DISTRICT COURT
OF NEW HAMPSHIRE
————————————X

JOHN DOE JR.
*plaintiff*

—against—

HILLARY CLINTON, DEMOCRATIC NATIONAL
COMMITTEE, NYTIMES, WASHINGTON POST,

————————————X

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2016 MAR 21  A 11:29

16-fp-103

R.I.C.O

*PRO SE*

JURY DEMANDED

CLASS ACTION STATUS
(IF NECESSARY)

---

**IN SHORT:**
I AM ASKING THE COURT FOR AN *IMMEDIATE INJUNCTION* TO STOP HILLARY CLINTON, THE DNC, THE CORPORATE MEDIA, AND OTHERS FROM LYING TO DEMOCRAT VOTERS IN THEIR ILLEGAL EFFORTS (ex: systemic fraud) TO CHEAT & STEAL THE NOMINATION OF THE DEMOCRAT PARTY; TO ALSO STOP THE FRAUDULENT USE OF "SUPERDELEGATES" AND THE ENTIRE DELEGATE PROCESS. (Certainly the defendants can't object to a SUMMARY JUDGMENT, since they will claim they haven't lied!) Each day, they scam more and more voters using illegal tricks, so this tort is an EMERGENCY!!

---

① I am a registered member of the Democrat Party and have been most of my life.

② I will not use my real name because, if I was a billionaire, I would stop this tort by ANY MEANS NECESSARY. (And even Team Clinton says it is legit to murder your enemies. Seriously.) (The Establishment could easily craft numerous arguments that stopping this tort and stopping Bernie Sanders is "national security", the hobgoblin of your Hitlers & Stalins.)
      Wall St and the 1% stand to lose *trillions of dollars* (and many would go to prison if Sanders is elected).   NOTE: I am not an attorney, but I know a lot about law.

③ For JUDICIAL ECONOMY, I'm only naming a few major defendants. If the court agrees to issue a temporary injunction to block all U.S. media from lying to their customers (FRAUD) I would logically ask that it apply to all major media in this nation. "No Lying" is reasonable.!

④ If the court does not issue an *IMMEDIATE, TEMPORARY INJUNCTION*, I request the Court assign counsel to assist in this lawsuit. I'm a very-poor Average Citizen on SSI disability who doesn't have the time (nor means) to dedicate a lot of effort to this tort. I just can't sit by and watch everyone *mistakenly* believe systemic FRAUD is "wrong but lawful".

**THE MEDIA CANNOT DECEIVE ITS CUSTOMERS.**

⑤ I can show many varieties of illegal deception by Corporate Media, and show how this deception is corrupting our "free & fair elections" in the 2016 POTUSA race.

(EX) IT IS PERFECT RACKETEERING FOR MAINSTREAM MEDIA ("MSM") TO TELL ITS CUSTOMERS THAT SUPER-CON-ARTIST- &-RACKETEER HILLARY CLINTON IS A LEGITIMATE AND GREAT CANDIDATE THEY SHOULD VOTE FOR. (It's not the voters' fault they get their facts from the MSM.)

(Where CAN they go to research which candidate to vote for? Hillary's website is just as fraudulent as the MSM.) (Honesty by MSM literally _is_ an issue of National Security and Public Safety/Public Health.) (ex: 70 years ago, the MSM told Americans that tobacco was GOOD for them (!) — because MSM was getting huge cash payments (ad buys) from... Big Tobacco.)

6) IT IS EQUALLY ILLEGAL THAT THE MSM HAS SYSTEMICALLY LIED ABOUT BERNIE SANDERS ON THOUSANDS OF LEVELS. (EX: Americans have elected a "socialist" precisely 100% of the time! POTUSA, Governor, Mayor, etc, are all SOCIALIST JOB POSITIONS!)

NOTE: I CAN LIST ALL SORTS OF CONCRETE SPECIFICS OF PRO-HILLARY LIES & ANTI-SANDERS LIES, BUT I'M TRYING TO KEEP THIS "BRIEF" SUCCINCT.

7) IT IS FRAUD EVERYTIME THE MSM DOES NOT FULLY DISCLOSE THEIR FINANCIAL CONFLICTS OF INTEREST IN 100% OF ARTICLES ON THE 2016 ELECTION. (They reveal their conflicts of interest in other topics like when Bloomberg News hails Bloomberg [falsely] and many less obvious than that example.) (Imagine bribing movie critics to LIE that your movie is great.)

8) IF BERNIE WINS, THE BILLIONAIRES WHO OWN THE MSM WILL LOSE BILLION$. IF HILLARY WINS, THESE SAME BILLIONAIRES WILL GAIN BILLIONS. This is a very easy & reasonable Order the court can make with an Emergency Temporary Injunction. DISCLOSE ALL CONFLICT$ IN ALL REPORTS. Anything less is deceptive. Voters don't know the facts.

9) AMERICANS ARE SO USED TO CANDIDATES LYING, that they falsely believe it's LEGAL. (The MSM also lies about this because in all major elections, this billionaire-owned media puts forth FALSE CHOICES: Robot A vs Robot B. The Establishment Democrat vs The Establishment Republican — BOTH whom obey their corporate masters. Then, when said Robot breaks most of their campaign promises, the MSM blames the victim: "YOU 'chose' this lousy politician.") (The Nazi Party used false plebiscites to blame the voters as well.)

10) MOST MSM ARE SHELL CORPORATIONS — a super-mafia front, if you will. The NY Times, NY Post, & NY Daily News LOSE $30-100 million a year. Why do billionaires OWN media outlets that LOSE money invariably? Even William Randolph Hearst explained it: owning a major media outlet lets you control all major elections, to install your own puppets.

IT IS A NON-PARTISAN ISSUE. Greed is the real issue.
(I'd have included the anti-Trump MSM/GOP Machine in here, except he's a TV CELEBRITY & Billionaire who was able to defeat the Establishment's Dirty Tricks, that Bernie cannot.)
Both GOP & DEM politicians serve the billionaires. And America is dying due to it.

11) Even a TV show like the very funny Last Week Tonite with John Oliver is crossing the line into FRAUD. Yes, he has a right to humiliate Trump... except, BY LAW (Fraud etc) he had to disclose to his customers that his bosses at Time/Warner are major Hillary fundraisers. See where he crossed the line? (Mr. Oliver can't argue they destroyed Trump b/c Donald is a gigantic liar and a FRAUD — because it can easily be proven that Hillary is a gigantic liar and FRAUD — and a far worse one than the MSM's ~~favorite~~ anti-establishment nemesis, Trump.)
(I dare you to count up the # of anti-Trump reports vs anti-Hillary reports. It's not subtle.)

ex) "Trump wants to kill terrorists' families! A War Crime!" Yet Hillary (and Obama & Bush-Cheney) literally killed terrorists' families and committed numerous war crimes!! Perfect FRAUD by the MSM. (Half the world has Arrest Warrants out for War Criminal Kissinger — yet the MSM still LIES to the American Public, because Kissinger and the others are "their" war criminals!)

NOTHING could be easier than proving systemic FRAUD, conspiracy, and more by Hillary, The DNC, & MSM: imagine if John Gotti had PUBLISHED 100% of his crimes!

I can go on and on with more evidence and arguments, but let's move on.

12) THE DNC'S USE OF DISHONEST "SUPER-DELEGATES" LITERALLY EXISTS FOR ONE REASON ONLY: to CHEAT a free and fair election. Ask them yourself.

TWO

I am reserving full judgment by the court regarding WHEN and HOW we restrain or altogether shut-down the FRAUDULENT Super-delegate system.

It is quite possible, if the court STOPS the lying MSM (so Hillary's Con Artist Machine can't function), and voters discover the truth about Mrs. Clinton and the DNC/MSM's dirty tricks, that it will MOOT the issue of the superdelegates. (Of course, the court should logically address/block the use of said dirty tricks *permanently*.)

(13) EVEN THE 'REGULAR' DELEGATE COUNT IS *ILLEGALLY-FRAUDULENT* DIRTY TRICKS.

(ex) Here in New Hampshire, Bernie won 60.4% of the PEOPLE'S vote. Hillary won 38%. Biggest margin blowout in NH history. The DNC awarded Bernie [15] regular delegates. Hillary? [15] regular delegates. It's a CON GAME.

★ This court has the power to STOP this Stalin-Nazi CORRUPTION. The American people can't survive another Establishment President. We're on the edge of collapse already and you see daily how it's a NATIONAL SECURITY issue: (ex) there are more murder-suicides each week — and the number will keep growing as both "conservatives" and "liberals" are pushed into total desperation.

WHY are so many young people doing heroin? Because they have no hope.

(NOTE:) AT LEAST THE GOP MACHINE HAVE BEEN "HONEST" THAT they WILL TRY & CHEAT THE GOP NOMINATION!!

## OTHER REMEDIES

(14) I'd ask the court to FINE Hillary/The DNC/MSM for EACH act of FRAUD (and RICO allows for treble damages) committed thus far. Allocate those funds to something *specific* like infrastructure repair, so the Establishment can't siphon the moneys out via contract scams.

(15) IRONICALLY, BUSH V. GORE* set a precedent where you have superhuman powers to alter the playing field so far. Let Hillary win in an HONEST, FAIR fight. (She can't.) It doesn't have to be a difficult remedy like having all the states vote again (once Dem voters find out the TRUTH about Con Artist Hillary). We can devise many easier ways, if need be.

(16) PARDON MY PRO SE FLAWS IN THIS COMPLAINT. (Plus my hand is cramping just from writing this.) And please accept my in forma pauperis on Page 4. I do not have time for any of this but the fate of America is in your hands. I'm trying to do my part, taking on super-mobsters!

(17) I filed this in NHampshire because I live here. But I am "couch-surfing" with friends who will NOT allow me to use their mailing address for OBVIOUS reasons. (Even Hillary & Obama said they have full legal right to jail/assassinate any "threat" with zero Due Process.) (It's the rare time they were sincere!) Thank you for any understanding. I almost didn't file this.**

EMAIL IS THE ONLY WAY TO COMMUNICATE WITH ME. ECF please! SoftBatch@hotmail.com

(18) I realize I can't do a Class Action myself, hence another reason I asked that counsel be appointed. However, I hope we never have to cross that bridge, as I'm asking for some simple requests and I don't think even summary judgment here is unreasonable. (I highly doubt the defendants would argue they ARE allowed to lie to their customers (!) — and omission counts as FRAUD too — and the Freedom of the Press does NOT trump FRAUD statutes any more than freedom of speech trumps PERJURY or False Advertising statutes. And NYT v. Sullivan doesn't apply either.)

(19) PLEASE HURRY! Defendants' illegal actions have conned most of America into giving up on Bernie and have managed to demoralize tens of millions of Sanders, to create a phony, self-fulfilling prophecy. Even the DNC's debate schedule limit is intentional RICO.

All statements herein are true under penalty of perjury.

respectfully, John Doe Jr. 3/15/16

* the SCOTUS decision, not the election.    THREE    softbatch@hotmail.com    (I.F.P.) →

** The address on the envelope is an old address. I will get nothing mailed to it.

# INFORMAL (ha ha)
# IN FORMA PAUPERIS

1. Please forgive any sloppiness from this Pro Se filing.

2. I am super-poor and can't pay *any* filing fees. (I can't even afford to type this and print it out!)

3. My only income is $700/mo SSI disability (leg problems, etc) and $20/mo Food Stamps. (That crooked phony Obama cut them immensely.)

4. I own no car or property or anything like that. (I have a borrowed bicycle but my legs make it hard to ride.)

5. My current rent is $450/mo, but I have to pay more for utilities, house toiletries etc.

6. I have no assets of any kind — no bonds, no trust funds, no ANYTHING — other than about $40 in a bank savings account.

7. My only valuables are a few hundred dollars in used musical instruments.

8. I've been eating mostly mustard sandwiches all month (my "friends" won't drive me to the grocery store because people are mostly awful) — but at least it's sort of healthy bread.

9. I only have an "Obamaphone" (which barely works, like him). (Hey, I never voted for the guy. All those elections were fraudulent as well.)

10. REPEAT: I HAVE NO ASSETS other than what's listed here. (If I left anything out it's stuff like the thousands of dollars I owe *other* friends.!)

(Oh, I have a crappy laptop that sometimes works... barely.)

Please waive any and all fees.

Thanks for being civilized in a barbaric world.

sincerely,

*[signature]* (← Just a joke to make it feel more formal)

John Doe Jr
(again, not my real name)

FOUR                    3/15/16