UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe, Jr.

v.                                               Civil No. 16-cv-00103-PB

Hillary Clinton, The Democratic
National Party, The New York Times,
and the Washington Post

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 23, 2016, and dismiss the complaint (doc. no. 1), and deny the plaintiff's requests for injunctive relief and appointed counsel. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a

specific objection to magistrate's report will waive the right to appeal).

      SO ORDERED.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: June 17, 2016

cc:   John Doe, Jr., pro se